UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH LAWSON,<br><br>               Plaintiff,<br><br>v.<br><br>PARAMOUNT GLOBAL, et al.,<br><br>               Defendants. | 24 Civ. 3315 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On June 18, 2024, the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for June 26, 2024.  *See* ECF. No. 12. No significant issues are presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.**  If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be rescheduled on the Court's calendar.  The case management plan will issue separately.  Because the parties are granted the extended time period in which to complete fact discovery that they request, further requests for an extension of time to complete discovery are disfavored.

      SO ORDERED.

Dated: June 20, 2024
       New York, New York

                                                    DALE E. HO
                                     United States District Judge