UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Lawson,<br><br>                    Plaintiff,<br><br>     v.<br><br>Paramount Global et al.,<br><br>                    Defendant. | 24-CV-3315 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

The Court is in receipt of the parties' joint letter motion filed on November 27, 2024. *See* ECF No. 15. By **February 18, 2025**, the parties shall each file a letter on ECF not to exceed one page regarding their proposed confidentiality stipulations. Each parties' letter shall include references to cases decided in this District where courts "so ordered" confidentiality stipulations that are the same as, or are substantially similar to, the ones proposed by that party.

The parties' request for a discovery extension is hereby **GRANTED**. Discovery shall be extended to sixty days after this Court's ruling on the parties' confidentiality stipulation dispute.

The Case Management Conference scheduled for February 12, 2025, is **ADJOURNED SINE DIE**. The Court shall set a date for this conference after it rules on the parties' confidentiality stipulation dispute.

The Clerk of Court is respectfully directed to terminate ECF No. 15.

SO ORDERED.

Dated: February 11, 2025
       New York, New York

                                                              _____
                                                                       DALE E. HO
                                                              United States District Judge