UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Lawson,<br><br>                    Plaintiff,<br><br>     v.<br><br>Paramount Global et al.,<br><br>                    Defendants. | 24-CV-3315 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On September 26, 2025, Plaintiff and Defendants both moved for this Court to hold a pre-motion discovery conference pursuant to Local Rule 37.2. ECF Nos. 39 & 40. It is hereby ORDERED that the parties shall appear for such a conference on **Wednesday, October 8, 2025, at 3:30 P.M. EST**. The conference shall be held via Microsoft Teams. The parties are instructed to call the Court's dedicated conference line at +1 646-453-4442 and enter conference ID: 341 672 138 followed by the pound (#) sign.

SO ORDERED.

Dated: October 2, 2025
       New York, New York

_____
DALE E. HO
United States District Judge