UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Lawson,<br><br>      Plaintiff(s),<br><br>v.<br><br>Paramount Global and Black Entertainment Television LLC,<br><br>      Defendant(s). | 24-CV-03315 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  Following the Rule 37.2 Conference held on October 8, 2025, both parties are instructed to file briefs by **October 15, 2025** of no more than five pages providing the factual basis, and attaching record evidence, to support their respective positions with regard to Plaintiff's motion to compel, ECF No. 39.

  Defendants' motion for sanctions for spoilation of evidence, ECF No. 40, is **DENIED WITHOUT PREJUDICE** to allow Defendants the opportunity to develop the record through third-party discovery.

SO ORDERED.

Dated: October 8, 2025
   New York, New York

                      DALE E. HO
                      United States District Judge