UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kieth Lawson, | |
| Plaintiff(s), | 24-CV-3315 (DEH) |
| v. | |
| Paramount Global et al., | ORDER |
| Defendant(s). | |

DALE E. HO, United States District Judge:

The post-discovery conference in this matter currently scheduled for November 12, 2025 at 11 a.m. is **ADJOURNED** sine die pending resolution of Plaintiff's Motion to Compel.

SO ORDERED.

Dated: November 10, 2025
New York, New York

DALE E. HO
United States District Judge