UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Lawson, | |
| Plaintiff(s), | |
| v. | |
| Paramount Global et al., | |
| Defendant(s). | |

24-CV-3315 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

Pursuant to the Amended Civil Case Management Plan and Scheduling Order, ECF No. 62, the parties were required to file a joint status letter regarding the progress of discovery and stating whether they requested a referral for settlement discussions one week before the close of fact discovery.  Fact discovery is set to close by May 8, 2026.  To date, the parties have not filed this joint status letter.  As a courtesy, that deadline is hereby **EXTENDED**, *nunc pro tunc*, to **May 11, 2026**.

SO ORDERED.

Dated: May 7, 2026
New York, New York

_____
DALE E. HO
United States District Judge