

**GOODSTADT** LAW GROUP, PLLC | ATTORNEYS AT LAW

**Long Island**
1055 Franklin Avenue, Suite 304
Garden City, New York 11530
T: 516.307.1880  F: 516.307.1879

**Manhattan**
T: 646.430.8295  F: 646.430.8294

**Andrew S. Goodstadt**
agoodstadt@goodstadtlaw.com

June 30, 2026

**VIA ECF**

Honorable Dale E. Ho
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York  10007

Application **GRANTED**.  Motions for summary judgment shall be filed by **August 8, 2026**, oppositions shall be filed by **September 25, 2026**, and any replies shall be filed by **October 23, 2026**.  The Clerk of Court is respectfully directed to terminated ECF No. 69.

SO ORDERED.

Dated: July 1, 2026
New York, New York

Dale E. Ho
United States District Judge

Re:     **Lawson v. Paramount Global, et al.**, 24-cv-03315

Dear Judge Ho:

Our firm represents Plaintiff Keith Lawson in the above-referenced matter.  Due to unforeseen personal and business matters, we write – with the consent of Defendants' counsel – to respectfully request a two-week extension of all deadlines in the current briefing schedule for the parties' respective anticipated motions for summary judgment.

Pursuant to the Court's Individual Rule 2(e)(ii), the original filing dates and new requested dates are as follows:

| DEADLINE | ORIGINAL DATE | REQUESTED DATE |
| --- | --- | --- |
| Motion for Summary Judgment | July 24, 2026 | August 7, 2026 |
| Oppositions | September 11, 2026 | September 25, 2026 |
| Replies | October 9, 2026 | October 23, 2026 |



Honorable Dale E. Ho
June 30, 2026
Page 2


This is the first request for an extension.  We have conferred with Marjorie B. Kulak, Esq., counsel for Defendants, and she consents to this request.  The next case management conference before the Court is scheduled for April 21, 2027.


We appreciate the Court's consideration of this request.


Respectfully submitted,

Andrew Goodstadt


cc:      Marjorie B. Kulak, Esq. (via ECF)