KM&M
KAUFF McGUIRE & MARGOLIS LLP

810 SEVENTH AVENUE
THIRTY-THIRD FLOOR
NEW YORK, NY 10019

MARJORIE B. KULAK
DIRECT DIAL: (212) 909-0721
DIRECT FAX: (212) 909-3521
KULAK@KMM.COM

TELEPHONE (212) 644-1010
FAX (212) 644-1936

NEW YORK
LOS ANGELES
WWW.KMM.COM

August 5, 2026

**<u>VIA ECF</u>**

Hon. Dale E. Ho, U.S.D.J.
United States District Court,
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Lawson v. Paramount Global and Black Entertainment Television LLC,*
Case No. 1:24-cv-03315
KM&M File No. 08327.9263

Dear Judge Ho:

Our firm is counsel to Defendants Paramount Global and Black Entertainment Television LLC ("Defendants") in the referenced action.

The deadline for the parties to file summary judgment motions, including Defendants' motion regarding spoliation, is August 8, 2026. Defendants respectfully request a brief extension of this deadline. This extension is being requested in light of Defendants' counsel's unforeseen commitments in another litigation in the coming week.

Defendants have conferred with Plaintiff's counsel and Plaintiff's counsel consents to this request, provided the other deadlines in the parties' briefing schedule are also adjusted to address Plaintiff's counsel's commitments.

The original deadlines and new, requested deadlines are as follows:

| | **Current Deadline** | **Requested Deadline** |
|---|---|---|
| Motions for Summary Judgment, Including Defendants' Spoliation Motion | August 8, 2026 | August 17, 2026 |

KM&M
KAUFF McGUIRE & MARGOLIS LLP

Hon. Dale E. Ho, U.S.D.J.
August 5, 2026



| | **Current Deadline** | **Requested Deadline** |
|---|---|---|
| Oppositions | September 25, 2026 | October 5, 2026 |
| Replies | October 23, 2026 | November 6, 2026 |

This is Defendants' first request for an extension of the above referenced deadlines. Defendants previously consented to Plaintiff's request to briefly extend the deadline for filing opening motions, which was granted by the Court.

The next case management conference before the Court is scheduled for April 21, 2027. Defendants' extension request will not affect any other scheduled dates in this case.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ Marjorie B. Kulak
Marjorie B. Kulak

cc: Andrew Goodstadt, Esq., Counsel for Plaintiff

Application **GRANTED**. The parties shall file any motions for summary judgment and/or motions for spoliation by **August 17, 2026**. Oppositions shall be due by **October 5, 2026**. Any replies shall be filed by **November 6, 2026**. The Clerk of Court is respectfully directed to terminate ECF No. 73. SO ORDERED.

Dated: August 6, 2026
New York, New York

Dale E. Ho
United States District Judge